UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: LAURIE REA

        Plaintiff(s)

v. RED MOUNTAIN CAPITAL PARTNERS, LLC, et al.

        Defendant(s)

Case No.: 20-41455-mxm-7

Adversary No.: 22-04022-mxm

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **O'Brien** (Last) **Kevin** (First) **J.** (MI)

2. Firm Name: **King & Spalding LLP**

3. Address: **1180 Peachtree Street, NE**
   **Atlanta, GA 30309**

4. Phone: **(404) 572-2442**    FAX: **(404) 572-5100**

   Email: **kobrien@kslaw.com**

5. Name used to sign *all* pleadings: **Kevin J. O'Brien**

6. Retained by: **Will Mesdag and Christopher Teets**

7. Admitted on **February 12, 2015** and presently a member in good standing of the bar of the highest court of the state of **Georgia** and issued the bar license number of **714849**.

8. Admitted to practice before the following courts: (see attached)

| Court: | Admission Date: |
|---|---|
| Virginia Supreme Court | 2009 |
| Georgia Supreme Court | 2015 |
| See attached for Federal Court Admissions | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes   ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*          *Case No. and Style*

    _____          _____

    _____          _____

    _____          _____

13. Local counsel of record: __Paul R. Bessette__

14. Local counsel's address: __King & Spalding LLP__
    __500 W. 2nd Street, Suite 1800, Austin, TX 78701__

***Continued.***

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Kevin J. O'Brien  
Printed Name of Applicant

06/28/2022  
Date

[signature]  
Signature of Applicant

*Continued.*

Federal Admissions

| Court: | Admission Date: |
|---|---|
| U.S. Court of Appeals for the Eleventh Circuit | 2015 |
| U.S. Court of Appeals for the Fourth Circuit | 2010 |
| U.S. District Court for the Northern District of Georgia | 2015 |
| U.S. District Court for the Eastern District of Virginia | 2009 |
| U.S. District Court for the Western District of Virginia | 2009 |

***Continued.***