Paul R. Bessette (TX 02263050)
Michael J. Biles (Texas Bar No. 24008578)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457.2000
pbessestte@kslaw.com
mbiles@kslaw.com
*Counsel for Willem Mesdag and J. Christopher Teets*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORTH WORTH DIVISION

| | |
|---|---|
| In re:<br>YUMA ENERGY, INC.<br><br>and<br><br>In re:<br>THE YUMA COMPANIES, INC.<br><br> Debtors. | Case No. 20-41455-mxm-7<br>(Chapter 7)<br><br><br><br>Case No. 20-41454-mxm-7 |
| LAURIE REA, as Chapter 7 Trustee of YUMA ENERGY, INC. and THE YUMA COMPANIES, INC.,<br><br> Plaintiff,<br><br>v.<br><br>RED MOUNTAIN CAPITAL PARTNERS, LLC et al.,<br><br> Defendants. | Adv. No. 22-04022-mxm |

**DEFENDANTS WILLEM MESDAG AND J. CHRISTOPHER TEETS'**
<u>**DEMAND FOR JURY TRIAL**</u>

Defendants Willem Mesdag and J. Christopher Teets hereby demand a trial by jury as to all triable claims asserted against them in the Complaint [Dkt. 1.]. Federal Rule of Civil Procedure 38(b) provides that a party may demand a jury trial by serving the other parties with a written demand no later than 14 days after the last pleading directed to the issue is served. As Defendants'

motions to dismiss remain pending, the last pleadings in this adversary proceeding, Defendants' answers, are not yet due to be filed. The jury demand is therefore timely under Rule 38(b).

Defendants Mesdag and Teets respectfully request the Court designate the action on the docket as a jury trial pursuant to Federal Rule of Civil Procedure 39(a).

Dated July 27, 2022

Respectfully submitted,

**KING & SPALDING LLP**

*/s/ Paul R. Bessette*
Paul R. Bessette (Texas Bar No. 02263050)
Michael J. Biles (Texas Bar No. 24008578)
500 West 2nd Street, Suite 1800
Austin, TX 78701-4684
(512) 457-2000 (phone)
(512) 457-2100 (fax)
pbessette@kslaw.com
mbiles@kslaw.com

Kevin J. O'Brien (*pro hac vice*)
1180 Peachtree Street, NW
Atlanta, GA 30309
(404) 572-2442 (phone)
kobrien@kslaw.com

*Counsel for Willem Mesdag*
*and J. Christopher Teets*

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2022, a true and correct copy of the foregoing instrument was served on all counsel of record by a manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                          */s/ Paul R. Bessette*
                                                          Paul R. Bessette